# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LONDREY GRIFFIN,<br><br>Petitioner,<br><br>v.<br><br>ANDRE MATEVOUSIAN,<br><br>Respondent. | Case No. 1:16-cv-00277-LJO-EPG-HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION (ECF No. 10) AND TRANSFERRING PETITION FOR WRIT OF HABEAS CORPUS TO NORTHERN DISTRICT OF FLORIDA |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On May 18, 2016, the Magistrate Judge issued Findings and Recommendation that recommended the instant petition be transferred to the United State District Court for the Northern District of Florida because it attacked the validity of Petitioner's federal sentence and Petitioner had failed to establish a cognizable claim of actual innocence for purposes of qualifying to bring a § 2241 habeas petition under the savings clause of 28 U.S.C. § 2255(e). (ECF No. 10). The Findings and Recommendation was served on Petitioner and contained notice that any objections were to be filed within thirty days of the date of service of the findings and recommendation. To date, Petitioner has filed no objections, and the time for doing so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the Findings and Recommendation is generally supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued on May 18, 2016 (ECF No. 10) is ADOPTED; and
2. The petition for writ of habeas corpus is TRANSFERRED to the United State District Court for the Northern District of Florida.

IT IS SO ORDERED.

Dated:  **July 19, 2016**                    **/s/ Lawrence J. O'Neill**
                                              UNITED STATES CHIEF DISTRICT JUDGE

3.

2